| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)*     Chapter you are filing under: |
| ☐ Chapter 7 |
| ☑ Chapter 11 |
| ☐ Chapter 12 |
| ☐ Chapter 13     ☐ Check if this an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WCT Care, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA West Chicago Terrace Nursing Home** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2852536** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**920 Joliet Road**<br>**West Chicago, Illinois 60185**<br>Number, Street, City, State & ZIP Code<br><br>**DuPage**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**c/o TM Healthcare Management**<br>**15443 Summit Ave.**<br>**Oakbrook Terrace, IL 60181**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: |

7. **Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

List all cases. If more than 1, attach a separate list

Debtor **SEE ATTACHED** _____  Relationship to you _____
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** **Why is the case filed in** *this district?* | *Check all that apply:* | |
| | ☑ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☑ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15.** **Estimated Assets**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**WCT Care, LLC, a Delaware limited liability company**

**By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member**

    **By: JLM Financial Investments 13, LLC,
a Texas limited liability company,
its general partner**

    **By: _____
Patrick Laffey, Manager and
Designated Representative**

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor                               MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**    Email address

**06183621**
Bar number and State

**Burke Warren MacKay & Serritella P.C.**
Firm name

**330North Wabash Avenue
Suite 2100
Chicago, Illinois 60611**
Number, Street, City, State & ZIP Code

Contact phone   **312-840-7000**    Email address

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

WCT Care, LLC, a Delaware limited liability company

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

By: JLM Financial Investments 13, LLC, a Texas limited liability company, its general partner

By: _____
Patrick Laffey, Manager and Designated Representative

**18. Signature of attorney**

X _____   Date 10/30/17
Signature of attorney for debtor    MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777    Email address _____

06183621
Bar number and State

Burke Warren MacKay & Serritella P.C.
Firm name

330North Wabash Avenue
Suite 2100
Chicago, Illinois 60611
Number, Street, City, State & ZIP Code

Contact phone  312-840-7000    Email address _____

**RELATED BANKRUPTCY CASES FILED**

| Debtor | Relationship | District | Date Filed | Case No. |
|---|---|---|---|---|
| BT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CC Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| FT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| KT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| SV Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| TN Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JLM Financial Healthcare, LP | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |

Fill in this information to identify the case:

Debtor name: **WCT Care, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Allstate - American Heritage Insurance PO BOX 650514 Dallas, TX 75265-0514 | | | | | | $17,988.92 |
| City of West Chicago 475 Main Street West Chicago, IL 60185-2840 | | | | | | $41,470.43 |
| Cloverleaf Farms Distributors Inc. 13835 S. Kostner Crestwood, IL 60445 | | | | | | $14,735.18 |
| Constellation - Electric PO BOX 4640 Carol Stream, IL 60197-4640 | | | | | | $33,230.64 |
| Constellation - Gas Bank of America Lockbox Services 15246 Collections Center Dr. Chicago, IL 60693-0152 | | | | | | $11,018.03 |
| Dr. Bawden PO Box 8159 Northfield, IL 60093-8159 | | | | | | $7,000.00 |
| e-Health Data Solutions PO BOX 385 Aurora, OH 44202-0385 | | | | | | $6,300.00 |

Debtor  **WCT Care, LLC**  
  Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ecolab**<br>PO BOX 70343<br>Chicago, IL<br>60673-0343 | | | | | | $10,568.09 |
| **Edward Don & Co.**<br>9801 Adam Don Parkway<br>Woodridge, IL 60517 | | | | | | $12,712.55 |
| **FERN Office Supplies**<br>PO BOX 100895<br>Atlanta, GA 30384-4174 | | | | | | $4,376.85 |
| **Illinois Council on Long Term Care**<br>203 N. LaSalle St. Suite 2100<br>Chicago, IL 60601 | | | | | | $63,726.00 |
| **Information Controls Inc.**<br>1358 Fourth Avenue<br>Rockford, IL 61104-3164 | | | | | | $66,955.66 |
| **Martin Orozco**<br>801 Burr Oaks Dr. Apt 101<br>West Chicago, IL 60185 | | | | | | $6,300.00 |
| **Medline Industries Inc.**<br>Dept. CH 14400<br>Palatine, IL 60055-4400 | | | | | | $28,873.16 |
| **Performance Food Group-TPC**<br>8001 TPC. Road<br>Rock Island, IL 61204-7210 | | | | | | $35,328.92 |
| **Pharmore Drugs LLC**<br>3412 W. Touhy<br>Skokie, IL 60076 | | | | | | $18,916.34 |
| **PointClickCare**<br>P.O.Box 674802<br>Detroit, MI 48267 | | | | | | $16,715.04 |
| **Relias & Tsonas LLC**<br>150 S WACKER DR SUITE 1600<br>Chicago, IL 60606 | | | | | | $7,343.85 |

Debtor **WCT Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TM Healthcare Management LLC 1S443 Summit Ave. Suite 204 A&B Oakbrook Terrace, IL 60181** | | | | | | $4,261.81 |
| **UFCW Local 1546 1340 Remington Rd. Ste. WX Schaumburg, IL 60173** | | | | | | $4,201.50 |

# United States Bankruptcy Court
### Northern District of Illinois

In re   WCT Care, LLC                                              Case No.
                        Debtor(s)                                  Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                      109

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____     _____
                                   Signer/Title

A&G glass & Mirror Inc
501 W. Roosevelt Road
West Chicago, IL 60185

AT&T
PO BOX 5080
Carol Stream, IL 60197-5080

City of West Chicago
475 Main Street
West Chicago, IL 60185-2840

A+ Exhaust Hood & Duct Cleaning Inc.
PO BOX 656
Westmont, IL 60559

Blue Cross Blue Shield
300 East Randolph Street
Chicago, IL 60601-5099

Cloverleaf Farms Distributors Inc.
13835 S. Kostner
Crestwood, IL 60445

Aetna
333 West Wacker Drive
Chicago, IL 60606

Blue Frost Heating and Cooling
850 Meadowview Dr.
West Chicago, IL 60185

Comcast Cable
PO BOX 3001
Southeastern, PA 19398-3001

Allstate - American Heritage Insurance
PO BOX 650514
Dallas, TX 75265-0514

Briggs Healthcare
4900 University Avenue
Suite 200
West Des Moines, IA 50266

Community Care Alliance
322 S. Green Street, Suite 400
Chicago, IL 60607

Ally
PO BOX 9001948
Louisville, KY 40290-1948

BT Bourbonnais Care, LLC
133 Mohawk Dr.
Bourbonnais, IL 60914

Constellation - Electric
PO BOX 4640
Carol Stream, IL 60197-4640

Alpha Baking Co.
36230 Treasury Center
Chicago, IL 60694

Call One
PO Box 87618
Dept.#10278
Chicago, IL 60680-0618

Constellation - Gas
Bank of America Lockbox Services
15246 Collections Center Dr.
Chicago, IL 60693-0152

Alternative Energy Solutions
PO BOX 129
Schererville, IN 46375-0129

CARPET CRAFTERS INC
5160 WEST 127TH STREET
ALSIP, IL 60803

Cook County Care
322 S. Green Street, Suite 400
Chicago, IL 60607

Always Wright Landscaping & Maintenance
PO BOX 323
West Chicago, IL 60186-0323

Centrad Healthcare Inc
184 Shuman Blvd
Suite 130
Naperville, IL 60563

CPI
10850 W. Park Place
Suite 600
Milwaukee, WI 53224

AmeriGas - Palatine
PO BOX 371473
Pittsburgh, PA 15250-7473

Chicago Tribune
PO Box 9001157
Louisville, KY 40290-1157

Daniel McNamara
c/o O'Donnell Haddad LLC
14044 Petronella Drive, #1
Libertyville, IL 60048

Ascentium Capital
23970 US Highway 59 North
Kingwood, TX 77339

Cigna Healthspring
9701 W. Higgins Road
Suite 360
Des Plaines, IL 60018

De Lage Landen Financial Services In
P.O. BOX 41602
Philadelphia, PA 19101-1602

| | | |
|---|---|---|
| DEX ONE<br>PO BOX 9001401<br>Louisville, KY 40290 | FERN Office Supplies<br>PO BOX 100895<br>Atlanta, GA 30384-4174 | Humana<br>500 W. Main St.<br>Louisville, KY 40202 |
| Diane J. Calderone<br>1987 S. University Park Dr.<br>Westville, IN 46391 | FIRM Systems<br>206 South Sixth Street<br>Springfield, IL 62701 | IlliniCare Health Plan<br>999 Oakmont Plaza Drive<br>4th Floor<br>Westmont, IL 60559 |
| Dr. Aqueel A. Khan<br>Advance Psychiatry & Counseling<br>One Tiffany Pointe-Suite 110<br>Bloomingdale, IL 60108 | First Advantage Tax Consulting Services<br>P.O.Box 404537<br>Atlanta, GA 30384-4537 | Illinois Council on Long Term Care<br>203 N. LaSalle St.<br>Suite 2100<br>Chicago, IL 60601 |
| Dr. Bawden<br>PO Box 8159<br>Northfield, IL 60093-8159 | Fitzsimmons Hospital Services<br>PO Box 497<br>Oak Forest, IL 60452 | Independent Living Systems<br>5200 Blue Lagoon Drive<br>Suite 500<br>Miami, FL 33126 |
| Dr. Shahzad<br>Dr. Muhammad Shahzad<br>1008 Highbridge Rd.<br>Lombard, IL 60148 | Fox Valley Fire & Safety<br>2730 PINNACLE DRIVE<br>Elgin, IL 60124 | Information Controls Inc.<br>1358 Fourth Avenue<br>Rockford, IL 61104-3164 |
| e-Health Data Solutions<br>PO BOX 385<br>Aurora, OH 44202-0385 | FT Care, LLC<br>40 Norht Smith St.<br>Frankfort, IL 60423 | Iron Mountain<br>PO Box 27128<br>New York, NY 10087 |
| Ecolab<br>PO BOX 70343<br>Chicago, IL 60673-0343 | Green Arbor Landscape<br>25161 Center Road<br>Frankfort, IL 60423 | KT Care, LLC<br>100 Belle Air Ave.<br>Bourbonnais, IL 60914 |
| Edward Don & Co.<br>9801 Adam Don Parkway<br>Woodridge, IL 60517 | Groot Industries Inc.<br>PO BOX 309<br>Elk Grove Village, IL 60009-0309 | LaMarco Systems<br>Life Safety & Security Solutions<br>475 Lindberg Ln.<br>Northbrook, IL 60062 |
| EKS Management<br>6865 N Lincoln<br>Lincolnwood, IL 60712 | Harmony Health Plan<br>29 North Wacker Drive<br>Suite 300<br>Chicago, IL 60606-3203 | LifeScan<br>5255 Golf Rd.<br>Skokie, IL 60077-1106 |
| Family Health Network<br>322 South Green St. Suite 400<br>Chicago, IL 60607 | Healthcare and Family Services<br>HFS/Bureau of Fiscal Operations<br>PO BOX 19491<br>Springfield, IL 62794-9491 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 |

Martin Orozco
801 Burr Oaks Dr.
Apt 101
West Chicago, IL 60185

N. B. I. Textiles Inc
8880 Lowell Terrace
Skokie, IL 60076

PointClickCare
5570 Explorer Drive
Mississauga, ON

Mary Ragel

Next Level
3019 W. Harrison St.
Chicago, IL 60612

Prospect Resources Inc
8170 N McCormick Blvd
Suite #107
Skokie, IL 60076

MAXXSOURCE
6301 W. Lincoln Ave.
West Allis, WI 53219

NICL Laboratories
306 Era Drive
Northbrook, IL 60062

Public Storage - WCT
28W650 Roosevelt Rd.
Winfield, IL 60190

Medicaid
201 South Grand Avenue East
3rd FL
Springfield, IL 62763

Nicor Gas
Bill Payment Center
PO BOX 5407
Carol Stream, IL 60197

Purchase Power
PO BOX 371874
Pittsburgh, PA 15250-7874

Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400

Nutrition Care Systems
8770 W. Bryn Mawr Ave
Suite 1300
Chicago, IL 60631-3515

Quench USA Inc.
PO BOX 781393
Philadelphia, PA #####-####

Meridian
222 N. LaSalle St., Suite 930
Chicago, IL 60601

O'Hagan LLC
One E.Wacker DriveSuite 3400
Chicago, IL 60601

Rehab Care Group
680 South Fourth St.
Louisville, KY 40202

Meyer Magence
4711 Golf Road
Suite 200
Skokie, IL 60076

Performance Food Group-TPC
8001 TPC. Road
Rock Island, IL 61204-7210

Relias & Tsonas LLC
150 S WACKER DR
SUITE 1600
Chicago, IL 60606

MidCap Funding IV, LLC
7255 Woodmont Ave.
Suite 250
Bethesda, MD 20814

Personnel Planners Inc.
913 W. Van Buren
N-3A
Chicago, IL 60607

Retirement Home TV Corporation
4604 Arden Dr
Fort Wayne, IN 46804

Molina
1520 Kensignton Road
Suite 212
Oak Brook, IL 60523

Pharmore Drugs LLC
3412 W. Touhy
Skokie, IL 60076

Rogers Supply Co Inc
1425 Harvard Dr.
Kankakee, IL 60901

Murphy Ace Hardware
319 S. Neltnor BLVD-RTE 59
West Chicago, IL 60185

PointClickCare
P.O.Box 674802
Detroit, MI 48267

Roto Rooter Services Company
5672 Collections Center Drive
Chicago, IL 60693

Sentry Pest Control
PO Box 597451
Chicago, IL 60659

UFCW Local 1546
1649 West Adams St. 2nd Flr
Chicago, IL 60612

Sharp Business Systems
Formerly Illinois Business Systems
Dept CH 14404
Palatine, IL 60055

UFCW Midwest Pension Fund
PO BOX 94462
Chicago, IL 60690-4462

Simplex Grinnell Tyco
Dept. CH 10320
Palatine, IL 60055-0320

United Septic & Grease Busters
1327 W Beecher Rd
Bristol, IL 60512

Special Care
7444 Wilson Ave
Harwood Heights, IL 60706

UnitedHealthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151

STERICYCLE INC
P.O. BOX 6575
CAROL STREAM, IL 60197-6575

US Dept of H.U.D. Region V
Attn: David Cole,   Sr. Acct. Exec.
77 W. Jackson Blvd., Room 2617
Chicago, IL 60604-3507

TM Healthcare Management LLC
1S443 Summit Ave.
Suite 204 A&B
Oakbrook Terrace, IL 60181

VERIFY
206 South Sixth Street
Springfield, IL 62701

TN Care, LLC
1615 Sunset Ave.
Waukegan, IL 60087

Washtown Equipment Co., Inc.
4036 W. Montrose Ave.
Chicago, IL 60641

Total Nurses Network
1515 North Harlem Ave
Oak Park, IL 60302

West Chicago Fire Protection District
200 Fremont Street
West Chicago, IL 60185

UFCW Benefits Fund
9801 W. Higgins Road, Suite 500
Des Plaines, IL 60018

Windstream Paetic Services
PO Box 9001013
Louisville, KY 40290

UFCW Local 1546
1340 Remington Rd.
Ste. WX
Schaumburg, IL 60173

# United States Bankruptcy Court
## Northern District of Illinois

In re: __WCT Care, LLC__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __WCT Care, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

JLM Financial Healthcare, LP, a
Texas limited partnership, its
sole member

☐ None [*Check if applicable*]

__10/30/17__
Date

_/s/ David K. Welch_
DAVID K. WELCH
Signature of Attorney or Litigant
Counsel for __WCT Care, LLC__
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114